1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    STEPHEN GARCIA,                          No.  2:24-cv-02532-TLN-SCR

12                   Plaintiff,

13          v.                                  **ORDER**

14    GEORGE ROBINSON, et al.,

15                   Defendants.

16

17          Plaintiff is proceeding pro se in this action, which was referred to a United States

18    Magistrate Judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636.

19          On March 11, 2025, the magistrate judge filed findings and recommendations herein

20    which were served and which contained notice that any objections to the findings and

21    recommendations were to be filed within fourteen days.  (ECF No. 5.)  Objections to the findings

22    and recommendations have not been filed.

23          Although it appears from the file that Plaintiff's copy of the findings and

24    recommendations was returned, Plaintiff was properly served.  It is Plaintiff's responsibility to

25    keep the Court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service

26    of documents at the record address of the party is fully effective.

27          The Court has reviewed the file and finds the findings and recommendations to be

28    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

ORDERED that:

     1.  The findings and recommendations filed March 11, 2025 (ECF No. 5) are ADOPTED IN FULL;

     2.  This action is DISMISSED, without prejudice, for lack of prosecution and for failure to comply with the Court's orders and Local Rules.  *See* Fed. R. Civ. P. 41(b); Local Rules 110, 183(b); and

     3.  The Clerk of Court is directed to close the case.

Date: April 30, 2025

 

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE